NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1370
(Serial No. 78/666,598)

IN RE CHIPPENDALES USA, INC.

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board.

ON MOTION

## O R D E R

Upon consideration of the appellant's unopposed motion for a 14-day extension of time, until April 5, 2010, to file its reply brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

_____
MAR 2 5 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Stephen W. Feingold, Esq.
Raymond T. Chen, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 2 5 2010

JAN HORBALY
CLERK